**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GLENDA JOSE NOGUERA SILVA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-593-R |
| | ) | |
| WARDEN OF DIAMONDBACK | ) | |
| CORRECTIONAL FACILITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin, entered on April 29, 2026 [Doc. No. 7]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Erwin is ADOPTED in its entirety, and this action is DISMISSED WITHOUT PREJUDICE for Petitioner's failure to comply with Court orders.

IT IS SO ORDERED this 3rd day of June, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE